CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

AUG 21 2009

JOHN F. CORCORAN, CLERK
BY: /s/ Brandy
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 5:05cr00029-2 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| RANDOLPH WILLIAM AREY. | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that the United States' motion to dismiss is **GRANTED**; the above referenced motion pursuant to 28 U.S.C. § 2255 is hereby **DISMISSED**; and this action shall be **STRICKEN** from the active docket of this court.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

**ENTER:** This 21st day of August, 2009.

_____
United States District Judge